# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: |
| MARK MILLER, a/k/a/ "Sharkey" | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(B) (possession with intent to distribute |
| | : | 500 grams or more of cocaine - 1 count) 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| | : | (possession with intent to distribute 50 grams or more of cocaine base - 1 |
| | : | count) 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | : | (possession with intent to distribute cocaine - 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 22, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARK MILLER,
a/k/a "Sharkey,"**

knowingly and intentionally possessed with intent to distribute 500 grams or more, that is, approximately 501.1 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARK MILLER**
**a/k/a "Sharkey,"**

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 81.17 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2007, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MARK MILLER
a/k/a "Sharkey,"**

knowingly and intentionally possessed with intent to distribute approximately 126 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**A TRUE BILL:**

_____**GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN
UNITED STATES ATTORNEY**